STATE v. ADAMS

No. 30P01

Case below: 141 N.C. App. 150

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.

STATE v. ALLEN

No. 23P01

Case below: 141 N.C. App. 610

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 April 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001.

STATE v. ATKINS

No. 9A94-3

Case below: Buncombe County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Buncombe County, denied 27 March 2001.

STATE v. AVILA

No. 162P01

Case below: 137 N.C. App. 588

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 26 March 2001. Justice Butterfield recused.